# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**MARG PATEL, ROBERT HOROWITZ, and CHINTANKUMAR BHATT,**<br><br>**Defendants.** | 1:24-cv-06405 (BMC) |

**[PROPOSED] ORDER FOR PRODUCTION OF**
**DOCUMENTS REFLECTING PROTECTED HEALTH INFORMATION**

This Court, having considered plaintiff Securities and Exchange Commission's ("SEC") Unopposed Motion Requesting an Order Authorizing Non-Party Witness Miral Patel to Produce Documents Reflecting Protected Health Information, having found that the documents requested in the SEC's subpoena to Ms. Patel dated September 24, 2025 ("Subpoena") are relevant, material, and proportional to the needs of the case, and that good cause exists to issue an Order authorizing disclosure of those documents subject to appropriate limitations on their use, the motion is hereby **GRANTED**.

Non-party Miral Patel is authorized to produce to the SEC documents responsive to the Subpoena, including documents containing any "protected health information" for the purposes of the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d-1320d-8, as defined by 45 C.F.R. § 160.103. Such production shall be made pursuant to the terms of the Confidentiality Stipulation and Protective Ordered in this matter (ECF No. 17).

This Order is intended as an Order under 45 C.F.R. § 164(e)(1)(i).

**SO ORDERED.**

BRIAN M. COGAN U.S.D.J.

DATED: Brooklyn, New York
December __, 2025.